# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

March 28, 2005

Albert H. Manwaring, IV, Esq.
Pepper Hamilton LLP
1313 Market Street - #5100
Wilmington, DE   19801

Ms. Dorothy Alfimow
3 Bay Oak Drive
Lewes, DE   19958

Re:  Sony BMG Music Entertainment, et. al. v. Dorothy Alfimow
     Civil Action No. 04-1398-KAJ

Dear Counsel:

   I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

                                   Very truly yours,


                                   Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court