## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SONY BMG MUSIC ENTERTAINMENT, et al.,  :
                                        :

                 Plaintiffs,              :        Civil Action No. 04-1398-KAJ

    v.                                   :

DOROTHY ALFIMOW,              :

                 Defendant.         :

### NOTICE OF SERVICE

       I hereby certify that on July 7, 2005, a copy of Plaintiffs' First Request for

Production of Documents from Dorothy Alfimow was served upon the following Defendant

*via First Class Mail*:

                     Dorothy Alfimow
                     3 Oak Drive, Lot 2
                     Lewes, DE  19958

                          /s/ Albert H. Manwaring, IV
                         Albert H. Manwaring, IV (#4339)
                         PEPPER HAMILTON LLP
                         Hercules Plaza, Suite 5100
                         1313 North Market Street
                         P.O. Box 1709
                         Wilmington, DE  19899-1709
                         (302) 777-6500

                         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2005, a copy of the foregoing Notice of

Service was served on the following Defendant via *First Class Mail*:

>Dorothy Alfimow
>3 Oak Drive, Lot 2
>Lewes, DE  19958

>/s/ Albert H. Manwaring, IV
>Albert H. Manwaring, IV (#4339)