IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., : | |
| : | |
| Plaintiffs, : | Civil Action No. 04-1398-KAJ |
| : | |
| v. : | |
| : | |
| DOROTHY ALFIMOW, : | |
| : | |
| Defendant. : | |

**NOTICE OF SERVICE**

I hereby certify that on July 7, 2005, a copy of Plaintiffs' Initial Disclosures were served upon the following Defendant *via First Class Mail*:

Dorothy Alfimow
3 Oak Drive, Lot 2
Lewes, DE 19958

/s/ Albert H. Manwaring, IV
Albert H. Manwaring, IV (#4339)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Attorneys for Plaintiffs*

WL: #171904 v1 (3_N401!.DOC)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2005, a copy of the foregoing Notice of Service was served on the following Defendant via *First Class Mail*:

>Dorothy Alfimow
>3 Oak Drive, Lot 2
>Lewes, DE 19958

>/s/ Albert H. Manwaring, IV
>Albert H. Manwaring, IV (#4339)