IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 04-1398-KAJ |
| | : | |
| v. | : | |
| | : | |
| DOROTHY ALFIMOW, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE**

I hereby certify that on July 7, 2005, a copy of Plaintiffs' First Set Of Interrogatories Directed to Dorothy Alfimow was served upon the following Defendant via *First Class Mail*:

      Dorothy Alfimow
      3 Oak Drive, Lot 2
      Lewes, DE  19958

      /s/ Albert H. Manwaring, IV
      Albert H. Manwaring, IV (#4339)
      PEPPER HAMILTON LLP
      Hercules Plaza, Suite 5100
      1313 North Market Street
      P.O. Box 1709
      Wilmington, DE  19899-1709
      (302) 777-6500

      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2005, a copy of the foregoing Notice of Service was served on the following Defendant via *First Class Mail*:

> Dorothy Alfimow
> 3 Oak Drive, Lot 2
> Lewes, DE  19958

/s/ Albert H. Manwaring, IV
Albert H. Manwaring, IV (#4339)