OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 25, 2005

TO:  Dorothy A. Alfimow
     3 Bay Oak Drive
     Lewes, DE 19958

**RE:  Letter dated 7/18/05; 04-1398(KAJ)**

Dear Ms. Alfimow:

The above referenced letter has been received by this office requesting assistance regarding settlement attempts and request for legal assistance. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

ORIGINAL



July 18, 2005

Honorable Kent A. Jordan, U.S.D.C.J  
844 Kings Street  
Lockbox 18  
Wilmington, De 19801

Dorothy A. Alfimow  
3 Bay Oak Drive  
Lewes, De. 19958  
302-947-2413

Dear Sir,

      My name is Dorothy Alfimow and I am being sued by Sony, Warner Brothers and other big companies because my 14 year old daughter was downloading music off the internet. I want to thank you for sending me a copy of the transcript of the proceeding that has taken place on June 27th. It made me aware of how serious this situation is and it needs to be addressed..

      I have tried several times to obtain an attorney to advise me on what to do down here in Sussex County several times, yet no one wants to or can represent me I guess because it is a new kind of litigation and they all ready have one of the companies that are suing me as a client causing conflict of interest. I have spoken with an attorney from the ACLU who advise me to submit a form making this a Nuisance Case because of Family Purpose Doctrine. I have called the Clerk of the Court for this form and she advised me to write to you and explain my situation..

      Your Honor, I have called Ian Losasso, Esq. At 816-421-5547 in Kansas City who represents the big companies and he stated that they wanted $ 4,500.00 in 6 months. In the transcript, that you were so kind enough to send me, to settle they wanted a "couple of thousand dollars" line 13. I offered the attorney two thousand dollars and he declined my offer. And stated they want $ 4500.00 in 6 months.

      Sir, I have never in my life needed or was in need for legal help, I am asking you to point me in the right direction to settle this matter. I am willing to settle this case before this goes to trial but can not afford to pay $4500.00 in 6 mos. I have a family to take care of and I truly did not know what my 14 year old daughter was doing was illegal. Please help me with this situation. I desperately need guidance in reference to what to do.

Sincerely yours,

*Dorothy A. Alfimow*  
Dorothy A. Alfimow

cc. Albert H. Manwaring, IV