IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>DOROTHY ALFIMOW,<br><br>    Defendant. | : : : : : : : : : : : : : : : : : : : : | CIVIL ACTION NO. 04-1398-KAJ |

## SUBSTITUTION AND WITHDRAWAL OF COUNSEL

Pursuant to U.S. District Court Rule 83.7, please

ENTER the appearance of Robert S. Goldman, Esquire, of Phillips, Goldman & Spence, P.A., 1200 N. Broom Street, Wilmington, Delaware 19806, a member of the bar of this Court, as attorney for Plaintiffs SONY BMG MUSIC ENTERTAINMENT, Capitol Records, Inc., Arista Records LLC, Elektra Entertainment Group Inc., UMG Recordings, Inc. and Warner Bros. Records, Inc.

WITHDRAW the appearance of Albert H. Manwaring IV, Esquire, of Pepper Hamilton L.L.P., Hercules Plaza, Suite 5100, 1313 N. Market Street, P.O. Box 1709, Wilmington, DE 19899-1709, as attorney for Plaintiffs SONY BMG MUSIC ENTERTAINMENT, Capitol Records, Inc., Arista Records LLC, Elektra Entertainment Group Inc., UMG Recordings, Inc. and Warner Bros. Records, Inc.

Respectfully Submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.


/s/ Robert S. Goldman
ROBERT S. GOLDMAN, ESQ. (#2508)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200

SUBSTITUTING ATTORNEY



PEPPER HAMILTON L.L.P.


/s/ Albert H. Wanwaring, IV
ALBERT H. MANWARING, IV, ESQ. (#4339)
Hercules Plaza, Suite 5100
1313 No. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

WITHDRAWING ATTORNEY

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Substitution and Withdrawal of Counsel to be served upon defendant by first class mail, at the following address:

Dorothy Alfimow
3 Bay Oak Drive, Lot 2
Lewes, DE 19958

Dated: August 10, 2005         /s/ Robert S. Goldman
                               Robert S. Goldman, Esquire