IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 04-1398-KAJ |
| | : | |
| v. | : | |
| | : | |
| DOROTHY ALFIMOW, | : | |
| | : | |
| Defendant. | : | |

**MOTION AND ORDER FOR ADMISSION**
**PRO HAC VICE OF MATTHEW C. MILLER**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Matthew C. Miller, Esq., to represent Plaintiffs Sony BMG Music Entertainment; Capitol Records, Inc.; Arista Records LLC; Elektra Entertainment Group Inc.; UMG Recordings, Inc.; and Warner Bros. Records Inc. (collectively, "Plaintiffs"), in this matter. The Certification of Matthew C. Miller is attached in support of this Motion.

    /s/ Robert S. Goldman
Robert S. Goldman, Esquire (#2508)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

Attorneys for Plaintiffs

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for admission pro hac vice of Matthew C. Miller, Esq. is granted.

Dated:_____

_____
The Honorable Kent A. Jordan

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al., | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 04-1398-KAJ |
| | : | |
| v. | : | |
| | : | |
| DOROTHY ALFIMOW, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATION OF MATTHEW C. MILLER
TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of each of the following Courts:

Supreme Court of Kansas

U.S. District Court for the District of Kansas

I further certify that I do not reside in Delaware, I am not regularly employed in Delaware, nor am I regularly engaged in business, professional, or other similar activities in Delaware.

Plaintiffs have engaged Shook, Hardy & Bacon, LLP on an ongoing basis to represent it in various litigation matters. Shook, Hardy & Bacon, LLP represents the Plaintiffs in these matters, and the Plaintiffs have requested that Shook, Hardy & Bacon, LLP represent it in the above-captioned matter.

Pursuant to Local rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: August 22, 2005

/s/ Matthew C. Miller
Matthew C. Miller

**CERTIFICATE OF SERVICE**

     I, Robert S. Goldman, Esquire, hereby certify that on August 22, 2005 that foregoing Motion and Order for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> of Matthew C. Miller was served on the following Defendant via *First Class Mail*:

> Dorothy Alfimow
> 3 Oak Drive, Lot 2
> Lewes, DE 19958

          /s/ Robert S. Goldman
          Robert S. Goldman (#2508)