IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SONY BMG MUSIC ENTERTAINMENT, et al.,  :
                                       :
            Plaintiffs,                :     Civil Action No. 04-1398-KAJ
                                       :
    v.                                 :
                                       :
DOROTHY ALFIMOW,                       :
                                       :
            Defendant.                 :

## STIPULATION OF DISMISSAL WITH PREJUDICE

The matters at issue with Defendant Dorothy Alfimow, in the above-referenced matter, having been amicably settled by and between the parties, are hereby dismissed with prejudice and without costs against any party.

_____
Robert S. Goldman, Esquire (#2508)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
Attorneys for Plaintiffs

_____
Seth Niederman, Esquire (#4588)
Fox Rothschild, L.L.P.
919 North Market Street
Suite #1300
Wilmington, DE 19801